# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2026

*The Court of Appeals hereby passes the following order:*

## A27A0030. SABRINA MELTON v. JEFFERSON CAPITAL SYSTEMS, LLC.

In this action to recover on a loan, the trial court entered a final judgment awarding the plaintiff a total of $4,475.97. Pro se defendant Sabrina Melton then filed this direct appeal. We lack jurisdiction.

An appeal in an action for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Melton's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Jennings*, 235 Ga. App. at 357; *Smoak*, 221 Ga. App. at 257–58.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 08/11/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*